FLOYD R. NATION (TX SBN: 14819500)
fnation@winston.com
WINSTON & STRAWN LLP
1111 Louisiana, 25th Floor
Houston, TX 77002-5242
Telephone:     (713) 651-2623
Facsimile:      (713) 651-2700

CRAIG C. CROCKETT (CA SBN: 265161)
ccrockett@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:     (415) 591-1000
Facsimile:      (415) 591-1400

Attorneys for Defendant,
STERIS CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIZUHO ORTHOPEDIC SYSTEMS, INC., a Delaware Corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>STERIS CORPORATION, an Ohio Corporation,<br><br>          Defendant. | CASE NO.: 13-CV-01077-JD (KAW)<br><br>STIPULATION TO DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER |

1  Pursuant to Fed. R. Civ. P. 41(a) and the parties' confidential settlement agreement, Plaintiff
2  MIZUHO ORTHOPEDIC SYSTEMS, INC. and Defendant STERIS CORPORATION, by and
3  through their undersigned counsel, stipulate to voluntary dismissal of this action with prejudice.
4  Each party shall bear its own costs and attorneys' fees.

5  The parties further stipulate, and request that the Court order, that the Court retain
6  jurisdiction for the purposes of enforcing, or adjudicating disputes arising from, the parties'
7  settlement agreement. *Subject to continuing federal court jurisdiction.* JD

8  Dated: May 1, 2014          WINSTON & STRAWN LLP

10                              By:  /s/ Floyd R. Nation
                                     Floyd R. Nation
11                                   Craig C. Crockett
                                     Attorneys for Defendant,
12                                   STERIS CORPORATION

13  Dated: May 1, 2014          BIELEN, LAMPE & THOEMING, P.A.

16                              By:  /s/ Charles L. Thoeming
                                     Charles L. Thoeming
17                                   Theodore J. Bielen, Jr.
                                     Attorneys for Plaintiff,
                                     MIZUHO ORTHOPEDIC SYSTEMS, INC.

19                              **CONCURRENCE IN FILING**

20  I, Craig C. Crockett, hereby attest that the concurrence to the filing of this document has been
21  obtained from each signatory hereto.

22                                   /s/ Craig C. Crockett
                                     Craig C. Crockett

24  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

26  Dated: 5/2/14
                                     _____
27                                   Hon. James Donato, U.S.D.J.

---

STIPULATION TO DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER
CASE NO. 13-CV-01077-JD (KAW)